THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PATRICK TRAVIS,

    Plaintiff,

-vs-                                            CASE NO.:  15-cv-01135-TJC-PDB

BLUESTEM BRANDS, INC. d/b/a
FINGERHUT,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, PATRICK TRAVIS, by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff and Defendant BLUESTEM BRANDS INC. have reached a settlement with regard to this case and are presently drafting, finalizing and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated this 19th day of October 2015.

Respectfully submitted,

                                                */s/ Frank H. Kerney III*
                                                Frank H. Kerney III, Esquire
                                                Morgan & Morgan, Tampa,  P.A.
                                                One Tampa City Center
                                                201 N. Franklin Street, 7th Floor
                                                Tampa, FL 33602
                                                Tele:  (813) 223-5505
                                                Fax:  (813) 222-4725
                                                Florida Bar #:  88672
                                                Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of October, 2015, I caused a copy of the foregoing to be electronically filed with the Clerk of the District Court using the CM/ECF system, which will provide electronic notice of the filing to all counsel of record.

*/s/ Frank H. Kerney III*
Frank H. Kerney III, Esquire
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 222-4725
Florida Bar #: 88672
Attorney for Plaintiff