# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

PATRICK TRAVIS,

      Plaintiff,

v.                                           Case No.   3:15-cv-1135-J-32PDB

BLUESTEM BRANDS, INC.,

      Defendant.

_____

## O R D E R

The Court has been advised that this case has been settled (Doc. 9). Accordingly, it is now

**ORDERED:**

1.     The parties shall have until **December 21, 2015** to file a joint motion for dismissal or other appropriate documents to close out this file.

2.     If the parties have not filed settlement pleadings or a request for extension of time by the **December 21, 2015** deadline, this case will automatically be deemed to be dismissed without prejudice. **The parties are cautioned that in some cases, the Court may not have jurisdiction to enforce settlement agreements once the case has been dismissed without prejudice; thus, if the parties have not finalized their settlement by the deadline, they are encouraged to move for an extension of that deadline.** The Clerk should close the file now, subject to reopening if the parties file papers by the deadline.

3.      All pending motions and deadlines are terminated.

**DONE AND ORDERED** in Jacksonville, Florida the 21st day of October, 2015.

TIMOTHY J. CORRIGAN
United States District Judge

sj
Copies:

Counsel of record